## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number:**_____

## Francisco rodriguez cruz
(Write the full name of the plaintiff)

vs.  **smith**

**warren**

**mckenna**

**d anthony**

(Write the full name of the defendant/s in this case)

FILED BY_____D.C.

NOV 0 1 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

**A.** Plaintiff: **Francisco Rodriguez Cruz**_____

Address: **15605 sw 295 ter homestead fl 33033**_____

Inmate/Prison No.:_____

Year of Birth:____1985____(Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: **smith**_____  Defendant: **warren**_____

Official Position: **police officer**_____  Official Position: **deputy**_____

Place of Employment: miami dade police department heqadquarters 9105 NW 25th St, Doral, FL 33172  Place of Employment: turner gilford knight correctional and rehab facility 7000 nw 41 st miami fl 33166

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

continuation

United states dictrict court

southern district of florida

francisco rodriguez cruz

vs

bridges

r robles

Defendant d anthony

Official position deputy

Place of employment turner gilford knight correctional and rehab facility  7000 NW 41st St Miami FL 33166

Defendant mckenna

Official position deputy

Place of employment turner gilford knight correctional and rehab facility  7000 NW 41st St Miami FL 33166

Defendant bridges

Official position deputy

Place of employment 3723 Vision blvd Orlando FL 32839

Defendant r robles

Official position deputy

Place of employment 3723 Vision blvd Orlando FL 32839

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

on october 5 2022 i was questioned and arrested by officer smith of the miami dade police department for a supposed bench warrant i was taken to turner gilford knight correctional center and on october 11 2022 deputy warren failed to feed me lunch during her shift subsequently my socks were stolen october 14 2022 after ample warning to both deputies mckenna and d anthony officer warren failed to answer a question and instead hinted to fight with her body on october 21 2022

on october 25 2022 i was extradited to orange county detention correctional center and between 4 30 pm and 5 07 pm was assaulted by deputy r robles when after he shut the door of the bathroom on me he was later summoned by officer bridges and after opening the door handcuffed me behind my back and while stepping on my sandal ordered me to continue walking

i was taken to unit sb where was told to take off my sandals and entered the first room to the left where was told to kneel and put my hands on my head my middle finger was cut and bled by officer r robles and was not given any medical attention

i was kept in a crowded cell and subsequently without a mat or covers for more than 26 hours i had to plea out to a charge not mine no contest in order to get out of jail

my belongings prior to arrest were left behind and had to pay my way back from orange county for the above reason i request the following relief

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

10000 dollars

_____          _____

_____          _____

## IV. Jury Demand

Are you demanding a jury trial?          _____ Yes          _____ No

Signed this _____1_____ day of _____november_____, 20__22__

$$5$$

_____
                                    Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

**1 november 2022**

Executed on:_____

$$5$$

_____
                                    Signature of Plaintiff